R#283641

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.  08-25908-BKC-AJC
JOANA T RODRIGUEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

DEC 17 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,011.05 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

       Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

       WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  DEC 15 2009

                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to:

JOANA T RODRIGUEZ
212 SW 15 RD
HOMESTEAD, FL 33030

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

DEUTSCHE BANK NATL TRUST
C/O FLORIDA DEFAULT GROUP
POB 25018
TAMPA, FL 33622

DEUTSCHE BANK NATL TRUST
C/O FLORIDA DEFAULT GROUP
POB 25018
TAMPA, FL 33622

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   08-25908-BKC-AJC
JOANA T RODRIGUEZ


                                    CHAPTER 13



    JOANA T RODRIGUEZ

    212 SW 15 RD
    HOMESTEAD, FL 33030


    DESIREE CALAS-JOHNSON, ESQ.
    782 NW 42 AVENUE
    SUITE 447
    MIAMI, FL 33126

    DEUTSCHE BANK NATL TRUST          ---------$       3,047.20
    C/O FLORIDA DEFAULT GROUP         Returned from creditor
    POB 25018                               no poc
    TAMPA, FL 33622

    DEUTSCHE BANK NATL TRUST          ---------$         963.85
    C/O FLORIDA DEFAULT GROUP         Returned from creditor
    POB 25018                               no poc
    TAMPA, FL 33622

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130
```